J-S74020-18

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DAVID SAMUEL HUEBSCH | : | |
| | : | |
| Appellant | : | No. 1140 EDA 2018 |

Appeal from the Judgment of Sentence Entered February 28, 2018
In the Court of Common Pleas of Bucks County Criminal Division at
No(s):  CP-09-CR-0001932-2015

BEFORE:  LAZARUS, J., STABILE, J., and McLAUGHLIN, J.

CONCURRING STATEMENT BY LAZARUS, J.:          **FILED MARCH 15, 2019**

I fully join in my learned colleague's analysis in this matter.  I write separately to raise the issue of whether an SOAB assessment could be utilized in fashioning a sentence where the determination of the status of SVP would be unconstitutional.  If, in fact, that issue had been properly raised and the trial judge had not addressed the issue, I would suggest remanding the matter for sentencing without reference to such assessment.  As that issue is not before this court, we do not *sua sponte* address it in this matter.